**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**TODD MASSEY**                                                                          **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO. 5:11CV60DCB-JMR**

**UNITED STATES OF AMERICA**                                                   **DEFENDANT**

**ORDER SEALING EXHIBIT 1 TO DEFENDANT'S REPLY**
**IN SUPPORT OF MOTION TO STRIKE PORTIONS OF EXPERT REPORT**
**OF NURSE TIANA PATTERSON AND MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendant's Motion to Seal Exhibit 1 to Defendant's Reply in Support of Motion to Strike Portions of Expert Report of Nurse Tiana Patterson and Motion for Summary Judgment. Defendant seeks to file Exhibit 1, which contain Plaintiff's medical records, under seal because extensive personal, medical, and sensitive information is contained in it. The Court finds that the Motion is well taken, and it is hereby GRANTED.

IT IS HEREBY ORDERED that Exhibit 1, Medical Records, to the Defendant's Reply in Support of Motion to Strike Portions of Expert Report of Nurse Tiana Patterson and Motion for Summary Judgment is hereby sealed.

SO ORDERED this the 16<u>th</u> day of November, 2012.

s/David Bramlette_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

*/s/Angela Givens Williams*_____
ANGELA GIVENS WILLIAMS
Assistant U.S. Attorney
501 E. Court St., Ste. 4.430
Jackson, Mississippi 39201
Telephone No.:          601/965-4480
Facsimile No.:          601/965-4409
MS Bar Number 102469
E-mail: angela.williams3@usdoj.gov